1  Ann-Martha Andrews
   State Bar No. 7585
2  E-mail: AAndrews@LRRLaw.com
   Todd D. Erb
3  State Bar No. 12203
   E-mail: TErb@LRRLaw.com
4  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Pkwy, Suite 600
5  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
6  Fax: 702.949.8398

7  *Attorneys for Defendants Unum Life Insurance
   Company of America and Unum Group*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Christina Esquibel,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNUM Life Insurance Company of America, a Maine corporation; and UNUM Group, a Delaware corporation,<br><br>　　　　　　Defendants. | CASE NO. 2:14-CV-01323-JAD-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

### ORDER

Based on the parties stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to close this case.

Dated: January 30, 2015.

_____
UNITED STATES DISTRICT COURT

5340956_1

1   DATED this 30th day of January, 2015.

2   LAW OFFICE OF JULIE A. MERSCH          LEWIS ROCA ROTHGERBER LLP

4   By  /s/  *Julie A. Mersch*             By  /s/ *Ann-Martha Andrews*
        JULIE A. MERSCH                        ANN-MARTHA ANDREWS
5       Nevada Bar No. 4695                    Nevada Bar No. 7585
        1100 E. Bridger Ave.                   TODD D. ERB
6       Las Vegas, Nevada  89101               Nevada Bar No. 12203
7   *Attorney for Plaintiff*                   3993 Howard Hughes Parkway,
                                               Suite 600
8                                              Las Vegas, Nevada  89169
9                                          *Attorneys for Defendant*

11      **IT IS SO ORDERED:**

12      _____
        **U.S. District/Magistrate Judge**
13      **Dated:**_____

2

5340956_1